IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**HARVEY W. MARTIN, III**                                            **PLAINTIFF**

v.                         Case No. 4:17-cv-00791-KGB-JJV

**GARY STEWART, Doctor,**
**Faulkner County Jail,** *et al*.                                         **DEFENDANTS**

## ORDER

Before the Court are Proposed Findings and Recommendations filed by United States Magistrate Judge Joe J. Volpe (Dkt. No. 3). No objections to the Proposed Findings and Recommendations have been filed, and the time for filing objections has passed. After review, this Court adopts the Proposed Findings and Recommendations in their entirety as this Court's findings in all respects. Plaintiff Harvey W. Martin, III's complaint is hereby dismissed without prejudice (Dkt. No. 1). The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

So ordered this 16th day of March, 2018.

                                                                    Kristine G. Baker
                                                                    United States District Judge