IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**HARVEY W. MARTIN, III**                                                                                              **PLAINTIFF**

v.                            Case No. 4:17-cv-00791-KGB-JJV

**GARY STEWART, Doctor,**
**Faulkner County Jail,** *et al*.                                                                                    **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is hereby dismissed without prejudice.

So adjudged this 16th day of March, 2018.

_____
Kristine G. Baker
United States District Judge